**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SALAAD ALI ABDI, SAHARA HASSAN NOOR, and ABDULRAHMAN SALAD ALI ABDI

Plaintiffs,

v.

MARCO RUBIO, *Secretary, U.S. Department of State, Washington, D.C.*; RENA BITTER, *Assistant Secretary, Bureau of Consular Affairs, Washington, D.C.*; and MARC DILLARD, *Deputy Chief of Mission, U.S. Embassy, Nairobi, Kenya*,

Defendants.

Case No. 25-cv-3804 (LMP/SGE)

**ORDER OF DISMISSAL**

---

This matter is before the Court on the parties' Stipulation of Dismissal ("Stipulation"), ECF No. 21. Based on the Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITHOUT PREJUDICE**, without costs or disbursements to any party.

Dated: August 6, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge